UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY HOLLEY,

    Plaintiff,

v.                                                                           Case No. 8:22-cv-1958-WFJ-SPF

CITY OF TAMPA
POLICE DEPARTMENT, *et al.*,

    Defendants.
_____/

## ORDER

Mr. Holley has failed to comply with the August 30, 2022 Order ("Order") directing him to file an amended complaint within 30 days (*See* Doc. 5). And he has not moved for an extension of time to comply with the Order. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with the Order. The Clerk must close the case.

ORDERED in Tampa, Florida, on October 11, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Gregory Holley, *pro se*